IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT GANT,

                Plaintiff,                ORDER

    v.

                                         12-cv-258-wmc

MICHAEL MEISNER, *et al.*,

                Defendants.

Plaintiff Robert Gant has filed this civil action pursuant to 42 U.S.C. § 1983, alleging that defendants were deliberately indifferent to his threats of self-harm on two occasions. The defendants have filed a motion for summary judgment, to which Gant has filed a response. The court notes that this case is set for trial on February 24, 2014, and that the pretrial conference order contains several impending deadlines as a result. Accordingly, the court will stay all upcoming deadlines in the pretrial conference order pending resolution of the above-referenced summary judgment motion, which is currently under advisement.

ORDER

IT IS ORDERED that:

1. All remaining deadlines in the pretrial conference order, Dkt. # 15, are STAYED until further notice.

2. If necessary, the court will enter a new scheduling order once the pending motion has been resolved.

Entered this 23rd day of December, 2013.

                                    BY THE COURT:

                                    /s/

                                    _____
                                    WILLIAM M. CONLEY
                                    District Judge